IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESUS ANTONIO SANDOVAL-ORTIZ, | § § | |
| Petitioner, | § § | EP-08-CA-054-FM |
| v. | § § | EP-04-CR-2457-FM-3 |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § § | |

**FINAL JUDGMENT**

In accordance with its Memorandum Opinion and Order signed on this date, the Court enters its final judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** Petitioner Jesus Antonio Sandoval-Ortiz's "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody" is **DENIED** and this cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** Petitioner Jesus Antonio Sandoval-Ortiz is **DENIED** a **CERTIFICATE OF APPEALABILITY**.

**IT IS FURTHER ORDERED** that all other pending motions in this cause, if any, are **DENIED AS MOOT**.

The Clerk shall **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **29th** day of **October, 2009**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**